AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  SELYA, BRUCE M | 2. Court or Organization  UNITED STATES COURT OF APPEALS | 3. Date of Report  05/15/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address  316 FEDERAL COURTHOUSE  PROVIDENCE, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP < REAL ESTATE GENERAL PARTNERSHIP > |
| 2. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | ██████ PROPERTIES < REAL ESTATE GENERAL PARTNERSHIP > |
| 3. JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 4. TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL < A NON-PROFIT CORPORATION > |
| 5. TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 6. DIRECTOR | LIFESPAN CORPORATION< NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS > |
| 7. ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 8. ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9. DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND < A NON-PROFIT CORPORATION > |
| 10. LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES < REAL ESTATE LIMITED PARTNERSHIP > |
| 11. DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12. ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 21 A 10: 13
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW ADJUNCT PROFESSOR | $ 20,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. NOTRE DAME UNIVERSITY SCHOOL OF LAW | FEBRUARY 22 - 24; EDUCATIONAL SEMINAR; TRANSPORATION, MEALS & LODGING |
| 2. UNITED STATES SENTINCING COMMISSION / TAMPA BAY CHAPTER OF FEDERAL BAR ASSOCIATION | MAY 31 - JUNE 3; SYMPOSIUM; SEMINAR; TRANSPORTATION, MEALS & LODGING |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | METROPOLITAN LIFE INSURANCE CO. | POLICY LOANS | J |
| 2. | FRANKLIN LIFE INSURANCE CO. | POLICY LOANS | J |
| 3. | CONNECTICUT MUTUAL LIFE INS. | POLICY LOANS | J |
| 4. | MUTUAL OF NEW YORK | POLICY LOANS | J |
| 5. | PHOENIX MUTUAL INSURANCE CO. | POLICY LOANS | K |
| 6. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40% APARTMENT BUILDING LINCOLN RI | E | Rent | N | W | | | | | |
| 3. MASSACHUSETTS INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 4. MET LIFE COMMON STOCK | A | Dividend | K | T | BUY | 11/6 | K | | |
| 5. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 6. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. POCASSET VILLAGE ASSOC 2.5% APARTMENT BUILDING CRANSTON RI | D | Rent | K | W | | | | | |
| 8. 33.33% INTEREST REAL ESTATE JOHNSTON, RI | | None | | | SELL | 5/24 | M | E | |
| 9. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | | | | | |
| 10. ▮▮▮ROPERTIES 50% CONDO PROVIDENCE RI | C | Rent | M | W | | | | | |
| 11. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 12. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 13. BANK OF AMERICA CHECK\SAV ACCT PROV RI | C | Interest | M | T | | | | | |
| 14. BANK OF AMERICA IRA CD\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 15. BANK RHODE ISLAND CHECK\SAV PROV RI | B | Interest | M | T | | | | | |
| 16. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. CITIZENS SAVINGS BANK SAVINGS ACCT PROV RI | B | Interest | M | T | ACCT OPENED | 5/1 | M | | |
| 18. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 19. PROV FED POSTAL EMPLOYEES CU CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 20. SOVEREIGN BANK CHECK\SAV ACCT PROV RI | | None | | | ACCT CLOSED | 6/1 | J | A | |
| 21. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 22. CONN MUTUAL LIFE INS CO CSV - INSURED FATHER | | None | K | W | | | | | |
| 23. FRANKLIN LIFE INS CO CSV - INSURED FATHER | | None | K | W | | | | | |
| 24. METROPOLITAN LIFE INSURANCE CO CSV - INSURED FATHER | | None | K | W | | | | | |
| 25. MUTUAL OF NEW YORK CSV - INSURED FATHER | | None | K | W | | | | | |
| 26. PHOENIX MUTUTAL LIFE INS CO CSV | | None | K | W | | | | | |
| 27. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 28. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | BUY | 12/22 | K | | |
| 29. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | K | T | | | | | |
| 30. MERRILL LYNCH CASH MNGMT ACCT. | B | Dividend | O | T | | | | | |
| 31. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 32. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 33. PUERTO RICO COMM PUB IMPROV | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5.001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50.000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BONDS MUNI BOND | | | | | | | | | |
| 34. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | C | Interest | K | T | PARTIAL SALE | 7/3 | J | A | |
| 35. PR PUBLIC BUILDINGS AUTHORITY MUNI BOND | C | Interest | K | T | | | | | |
| 36. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | D | Interest | L | T | | | | | |
| 37. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | E | Interest | N | T | PARTIAL SALE | 12/4 | L | A | |
| 38. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | L | T | ADD'L BUY | 6/22 | K | | |
| 39. RHODE ISLAND KENT COUNTY BOND MUNI BOND | A | Interest | J | T | | | | | |
| 40. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 41. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 42. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 43. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 46. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 47. NTN BUZZTIME INC. <FORMERLY NTN COMM.> COMMON STOCK | A | Dividend | K | T | | | | | NAME CHANGE |
| 48. RHODE ISLAND HEALTH & EDUC BOND MUNI BOND | A | Interest | J | T | | | | | |
| 49. SMITH BARNEY CASH FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. VERIGY LTD COMMON STOCK | A | Dividend | J | T | ACQ / PS | 10/31 | J | A | SPIN OFF AND PARTIAL SALE |
| 51. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 52. BROKERAGE ACCOUNT # 6 | | | | | | | | | |
| 53. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. COLUMBIA TAX EXEMPT RESERVES CASH FUND | B | Dividend | L | T | | | | | |
| 55. IDEARC, INC COMMON STOCK | A | Dividend | J | T | ACQ / PS | 11/28 | J | A | SPINN OFF AND PARTIAL SALE |
| 56. MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 57. MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. ONEOK, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 59. PERKINELMER INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 60. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 61. QWEST COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. TEXTRON, INC. COMMON STOCK | B | Dividend | L | T | | | | | |
| 64. UNION PAC CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 65. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. WASHINGTON TRUST COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000.000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 67. BROKERAGE ACCOUNT # 7 | | | | | | | | | |
| 68. ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. AMERICAN INTERN'L GROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 70. AMGEN INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 71. APACHE CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 73. AVERY DENNISON CORP COMMON STOCK | A | Dividend | | | SELL | 1/13 | J | A | |
| 74. BANK OF AMERICA COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 1/12 | J | A | |
| 75. BED BATH & BEYOND COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. CBS COMMON STOCK | A | Dividend | J | S | ACQ & P S | 1/25 | J | A | ACQ AND PARTIAL SALE |
| 77. CISCO SYS INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 79. DISNEY WALT CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 80. EXXON MOBIL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 81. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 82. HOME DEPOT INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. HONEYWELL INTL INC COMMON STOCK | A | Distribution | J | T | | | | | |
| 84. IDEARC | | Dividend | J | T | ACQ & PS | 12/21 | J | A | SPIN OFF AND PARTIAL SALE |
| 85. INTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 86. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | A | Dividend | | | SELL | 2/9 | J | A | |
| 87. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 88. LILLY ELI & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 89. MBNA CORP COMMON STOCK | A | Dividend | | | SELL | 1/6 | J | A | |
| 90. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 91. MORGAN STANLEY DEAN WITTER & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. ORACLE CORP. COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 95. PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 96. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. QUALCOMM INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 98. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | K | T | | | | | |
| 99. SERVICE MASTER CO COMMON | A | Dividend | | | SELL | 1/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000.000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50.000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| STOCK | | | | | | | | | |
| 100. STAPLES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 101. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 103. VIACOM INC CL B COMMON STOCK | A | Dividend | J | T | PARTIAL SALE | 1/26 | J | A | |
| 104. WALMART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. WALGREEN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. ZIMMER HOLDINGS COMMON STOCK | A | Dividend | J | T | | | | | |
| 107. 3M CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 108. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | | | | | |
| 109. MELLON MID CAP STOCK FUND MUTUAL FUND | A | Dividend | J | T | ADD'L BUY | 5/18 | J | | |
| 110. MELLON INTERNATIONAL FUND MUTUAL FUND | A | Dividend | K | T | ADD'L BUY | 5/18 | K | | |
| 111. MELLON MONEY MARKET CASH FUND | A | Interest | K | T | | | | | |
| 112. MORGAN STANLEY INST INTL EQUITY FD A MUTUAL FUND | A | Dividend | | | SELL | 5/17 | K | B | |
| 113. T ROWE PRICE EQ GROWTH MID CAP INST MUTUAL FUND | A | Dividend | | | SELL | 5/17 | J | A | |
| 114. BROKERAGE ACCOUNT #8 | | | | | | | | | |
| 115. PUERTO RICO HWY &TRANSN AUTH | C | Interest | | | SELL | 9/15 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000.000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MUNI BOND | | | | | | | | | |
| 116. RI CONS CAP DEV MUNI BOND | A | Interest | M | T | BUY | 9/19 | M | | |
| 117. RI HEALTH & EDL BLDG MUNI BOND | B | Interest | L | T | BUY | 2/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY ██████████████████████████████ Y FALSIFIES OR FAILS TO FILE THIS REPO██████████████
AND CRIM

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544